# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Denise Baron

**(b)** County of Residence of First Listed Plaintiff: **Philadelphia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bernard M. Gross, Esq.
Law Offices Bernard M. Gross, PC
1500 JFK Blvd., Suite 1820
Philadelphia, PA 19102
215-561-3600

## DEFENDANTS
Abigail L. McCann and John McCann

County of Residence of First Listed Defendant: **Gloucester**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332(a)
Brief description of cause:
Motor vehicle accident, collision on ROute 168 East near Almonesson Rd, Blackwood, NJ

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 10/24/19
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DENISE BARON**<br>157 N. 3rd Street, Apt. 2R<br>Philadelphia, PA 19106<br><br>v.<br><br>**ABIGAIL L. MC CANN**<br>136 Hurffville-Grenloch Road<br>Sewell, NJ 08080<br>   and<br>**JAMES MC CANN**<br>136 Hurffville-Grenloch Road<br>Sewell, NJ 08080 | **CIVIL ACTION NO:**<br><br>**JURY DEMANDED** |

## COMPLAINT

1. The Plaintiff, Denise Baron is an individual and resides at 157 N. 3rd Street, Apt. 2R, Philadelphia, PA 19106.

2. The Defendants, Abigail L. Mc Cann and James Mc Cann are individuals and reside at 136 Hurffville-Grenloch Road, Sewell, NJ 08080.

3. The Plaintiff, Denise Baron, at all times hereinafter mentioned, was the driver of a motor vehicle involved in the hereinafter mentioned collision.

4. The Defendant, Abigail L. McCann, at all times hereinafter mentioned, operated and controlled another motor vehicle involved in the hereinafter mentioned collision as agent, servant, workman and/or employee of defendant James McCann.

5. Jurisdiction is based upon diversity of citizenship pursuant to 28 U.S.C. §1332(a); the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. Plaintiff, Denise Baron, is a citizen of the Commonwealth of Pennsylvania. Defendants, Abigal L. McCann and James McCann, are citizens of the State of New Jersey.

6. On February 2, 2019, at approximately 4:50 p.m. on Route 168 East near Almonesson Road, Blackwood, New Jersey, the said motor vehicles were involved in a collision.

7. This motor vehicle accident resulted solely from the negligence and carelessness of the Defendants herein, and were not due in any manner whatsoever to any act or failure to act on the part of the Plaintiff.

## COUNT I

8. Plaintiff, Denise Baron, hereby incorporates by reference paragraphs 1 through 7 as though the same were more fully set forth herein again at length.

9. The aforesaid motor vehicle collision was caused by the carelessness, recklessness and negligence of the defendants and consisted of the following:

    (a)    Operation of defendants' motor vehicle at a high and excessive rate of speed under the circumstances;

    (b)    Failure to have defendants' motor vehicle under proper and adequate control under the circumstances;

    (c)    Failure to have due regard for the point and position of said motor vehicle containing the plaintiff;

    (d)    Violation of the pertinent statutes and ordinances;

    (e)    Otherwise failing to exercise due care under the circumstances;

    (f)    Such acts or omissions which may be discovered during the course of this litigation; and

10. As a result of the aforesaid collision, the Plaintiff, Denise Baron, sustained serious injuries in and about the head, body and extremities including, but not limited to cervical sprain and strain; cervical radiculopathy; thoracic sprain and strain; lumbar sprain and strain; bilateral trapezius sprain and strain; adjustment disorder with mixed anxiety and depressed mood. Plaintiff has suffered and may continue to suffer great physical pain, serious and permanent injury and mental anguish; plaintiff has been and may continue to be prevented from attending to plaintiff's usual activities, duties and occupations and has suffered and may continue to suffer a loss of earnings and earning capacity and plaintiff has incurred and may continue to incur various medical expenses in and about an effort to cure plaintiff of the aforesaid injuries.

11. As a result of the injuries herein above described, Plaintiff was and will continue to be obligated to spend various sums of money for medicine and medical treatment in and about endeavoring to treat plaintiff for said injuries all to plaintiff's great financial damage and loss.

12. As a further result of the aforementioned accident, Plaintiff has suffered severe physical pain, aches, mental anguish, humiliation, inconveniences, and loss of life's pleasures, and he may continue to suffer the same for an indefinite time in the future.

13. As a direct result of the aforementioned accident, Plaintiff has been unable to attend to his daily chores, duties and occupations and may be unable to do so for an indefinite period.

**WHEREFORE**, Plaintiff Denise Baron, demands judgment against Defendants Abigail L. McCann and James McCann in a sum in excess of Seventy-Five Thousand Dollars ($75,000.00). The amount sued upon is in excess of that requiring submission to arbitration.

        **LAW OFFICES**
        **BERNARD M. GROSS, P.C.**
        BY:

        */s/ James L. Newman, Jr.*
        **JAMES L. NEWMAN, JR.**
        **Validation Code: JN68**
        **Two Penn Center**
        **1500 JFK Blvd., Suite 1820**
        **Philadelphia, PA  19102**
        **Phone:  (215) 561-3600**
        **Fax: (215) 561-3000**
        **Attorney for Plaintiff**

## VERIFICATION

**DENISE BARON**, being duly sworn according to law, deposes and says that the facts set forth in the foregoing Civil Action Complaint are true and correct to the best of her knowledge, information and belief.

This statement is made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

(DB) _____/s/ Denise Baron_____
**DENISE BARON**